**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HARRIS, ANNEMARIE NEWBOLD, and STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAPPLE BEVERAGE CORP. and KEURIG DR. PEPPER INC.,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANNEMARIE NEWBOLD REGARDING VENUE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1780(d)** |

I, Annemarie Newbold, declare as follows:

1. I am a plaintiff in this action and a citizen of the State of Kentucky. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2. Pursuant to California Civil Code Section 1780(d), this Court is proper for trial of this action because Defendants conduct a substantial amount of business in this District.

3. I purchased the All Natural Snapple Apple product from a Target in Louisville, Kentucky in 2019.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on ___6/12/2021___ at ___kentucky___.
             (date)                (location)

_____
Annemarie Newbold