**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HARIS, ANNEMARIE NEWBOLD, and STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAPPLE BEVERAGE CORP. and KEURIG DR. PEPPER INC.,<br><br>Defendants | Case No.<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF STEPHANIE ESCOBAR REGARDING VENUE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1780(d)** |

1
DECLARATION OF STEPHANIE ESCOBAR REGARDING VENUE

I, Stephanie Escobar, declare as follows:

1. I am a plaintiff in this action and a citizen of the State of California. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2. Pursuant to California Civil Code Section 1780(d), this Court is proper for trial of this action because Defendants conduct a substantial amount of business in this District.

3. I purchased the All Natural Snapple Apple product from a Ralphs in Los Angeles County, California in 2019.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on  6/29/2021  at  Culver City, California .
            (date)                (location)

                                                     Stephanie Escobar

DECLARATION OF STEPHANIE ESCOBAR REGARDING VENUE