David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
*Dr Pepper Snapple Group, Inc. and Keurig Dr. Pepper Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARLENE HARRIS, ANNEMARIE NEWBOLD, and STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPPLE BEVERAGE CORP. and KEURIG DR. PEPPER INC.,<br><br>Defendants. | Case No. 2:21-cv-01164-MCE-JDP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Defendants Snapple Beverage Corporation ("Snapple") and Keurig Dr. Pepper Inc. ("KDP") (KDP and Snapple are referred to collectively as "Defendants") and Plaintiffs Darlene Harris, Annemarie Newbold, and Stephanie Escobar ("Plaintiffs") (collectively, "the Parties") by and through their attorneys stipulate, pursuant to Local Civil Rules 143 and 144 and Federal Rule of Civil Procedure 6, to an extension of time to September 10, 2021, for Defendants to answer or otherwise plead in response to Plaintiffs' Class Action Complaint, and for an accompanying schedule for briefing on Defendants' anticipated motion to dismiss in response to the Complaint.

WHEREAS, on or about June 30, 2021, Plaintiffs filed a Class Action Complaint against Defendants in the United States District Court for the Eastern District of California;

1     WHEREAS, on or about July 2, 2021, Plaintiffs served Snapple with a copy of the
2  Summons and Complaint;

3     WHEREAS, on or about July 6, 2021, Plaintiffs served KDP with a copy of the Summons
4  and Complaint;

5     WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant
6  Snapple's deadline to respond to the Complaint is July 23, 2021;

7     WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant
8  KDP's deadline to respond to the Complaint is July 27, 2021;

9     WHEREAS, the Parties conferred and agreed that Defendants' deadline to respond to the
10 Complaint should be extended to September 10, 2021;

11    WHEREAS, no prior extensions of time have been requested or granted as to Defendants'
12 deadline to respond to the Complaint;

13    WHEREAS, the Parties have further conferred and agreed upon an accompanying briefing
14 schedule for Defendants' anticipated motion to dismiss the Complaint, with Defendants' opening
15 motion due September 10, 2021, Plaintiffs' opposition due October 1, 2021, and Defendants'
16 reply due October 12, 2021.

17    WHEREAS, this extension and the accompanying requested briefing schedule is
18 necessary to accommodate pre-planned obligations of counsel, to allow for a uniform briefing
19 schedule and deadlines for the Parties, and to permit full treatment of the issues in the Complaint;

20    WHEREAS, on July 16, 2021, the Parties filed a consented to motion for extension of the
21 time to file a Complaint (Dkt. No. 7), and pursuant to the minute order dated July 27, 2021 (Dkt.
22 No. 10) the Parties hereby resubmit that consented to motion as a stipulation;

23    NOW THEREFORE, good cause having been shown, the Parties hereby stipulate that the
24 time in which Defendants must respond to the Complaint is extended to September 10, 2021. The
25 Parties further stipulate to the following briefing schedule on Defendants' anticipated motion to
26 dismiss with Defendants' opening motion due September 10, 2021, Plaintiffs' opposition due
27 October 1, 2021, and Defendants' reply due October 12, 2021.

28

153233575.1

DATED: July 27, 2021 **PERKINS COIE LLP**

By: */s/ David T. Biderman*
David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com

Attorneys for Defendants

DATED: July 27, 2021 **CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart* (as authorized on July 27, 2021)
Yana Hart, Esq.
YHart@clarksonlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARLENE HARRIS, ANNEMARIE NEWBOLD, and STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPPLE BEVERAGE CORP. and KEURIG DR. PEPPER INC.,<br><br>Defendants. | Case No. 2:21-cv-01164-MCE-JDP<br><br>**ORDER ENTERING STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

NOW BEFORE THE COURT is Defendants Snapple Beverage Corporation ("Snapple") and Keurig Dr. Pepper Inc. ("KDP") (collectively "Defendants") and Plaintiffs Darlene Harris, Annemarie Newbold, and Stephanie Escobar ("Plaintiffs") Stipulation to Extend Time to Respond to Class Action Complaint.

The stipulation is hereby entered. Good cause being shown, Defendants shall respond to the Complaint by September 10, 2021. Defendants' motion to dismiss shall be due September 10, 2021; Plaintiffs' opposition shall be due October 1, 2021; and Defendants' reply shall be due October 12, 2021.

IT IS SO ORDERED.

Dated: August 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

153233575.1