David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos, pro hac vice
Lauren Watts Staniar, pro hac vice
CSipos@perkinscoie.com
LStaniar@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
*Dr Pepper Snapple Group, Inc. and Keurig Dr. Pepper Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARLENE HARRIS, ANNEMARIE NEWBOLD, and STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPPLE BEVERAGE CORP. and KEURIG DR. PEPPER INC.,<br><br>Defendants. | Case No. 2:21-cv-01164-MCE-JDP<br><br>**STIPULATION WITH ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND RESET CASE MANAGEMENT DEADLINES** |

Defendants Snapple Beverage Corporation ("Snapple") and Keurig Dr. Pepper Inc. ("KDP") (KDP and Snapple are referred to collectively as "Defendants") and Plaintiffs Darlene

Harris, Annemarie Newbold, and Stephanie Escobar ("Plaintiffs") (collectively, "the Parties") by and through their attorneys stipulate, pursuant to Local Civil Rules 143 and 144 and Federal Rule of Civil Procedure 6, to an extension of time to September 24, 2021, for Defendants to answer or otherwise plead in response to Plaintiffs' Class Action Complaint, for an accompanying schedule for briefing on Defendants' anticipated motion to dismiss in response to the Complaint, and for a brief extension of the case management deadlines.

WHEREAS, on or about June 30, 2021, Plaintiffs filed a Class Action Complaint against Defendants in the United States District Court for the Eastern District of California;

WHEREAS, on or about July 2, 2021, Plaintiffs served Snapple with a copy of the Summons and Complaint;

WHEREAS, on or about July 6, 2021, Plaintiffs served KDP with a copy of the Summons and Complaint;

WHEREAS, Defendants' current deadline to respond to the Complaint is September 10, 2021, per the Parties' stipulation and this Court's order on the same, ECF Nos. 11, 15;

WHEREAS, the Parties have entered into discussions that might result in an agreed resolution of the case;

WHEREAS, the Parties seek a modest 14-day extension of Defendants' deadline to answer or otherwise respond to the Complaint, as well as related extensions to the agreed-upon briefing schedule, to accommodate these ongoing discussions;

WHEREAS, the Parties likewise seek a modest 14-day extension to the case management deadlines, including but not limited to the deadline for their conference under Federal Rule of Civil Procedure 26(f) and any related filing or discovery deadlines;

WHEREAS, the Parties have sought and obtained one extension of time in this case, namely, an extension of time for Defendants to answer or otherwise respond to the Complaint from July 23, 2021 to September 10, 2021, ECF Nos. 11, 15;

WHEREAS, good cause exists for the requested modest extensions of time because the Parties are engaged in ongoing discussions regarding a potential resolution of this case in its entirety, and believe that it would be a waste of parties' and judicial resources to proceed with

briefing now, while those discussions are ongoing;

NOW THEREFORE, good cause having been shown, the Parties hereby stipulate that the time in which Defendants must respond to the Complaint is **EXTENDED** to **September 24, 2021**. Should ongoing discussions fail, the Parties further stipulate to the following briefing schedule on Defendants' anticipated motion to dismiss with Defendants' opening motion due **September 24, 2021**, Plaintiffs' opposition due **October 15, 2021**, and Defendants' reply due **October 26, 2021**. The Parties further stipulate to an extension of the deadline for conducting their conference under Federal Rule of Civil Procedure 26(f) until **September 13, 2021**. All related case management deadlines shall be adjusted accordingly.

DATED: September 7, 2021    **PERKINS COIE LLP**

By: /s/ David T. Biderman
David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com

Attorney for Defendants

DATED: September 7, 2021    **CLARKSON LAW FIRM, P.C.**

By: /s/ Yana Hart (as authorized on September 7, 2021)
Yana Hart, Esq.
YHart@clarksonlawfirm.com

Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: September 10, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE